LAURA E. DUFFY
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GOURGUE, an individual,<br><br>              Plaintiff,<br>       v.<br>UNITED STATES OF AMERICA, sovereign federal governmental entity, DOES 1-100, inclusive,<br><br>              Defendants. | Case No.: 12cv1490-LAB (JMA)<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

   The United States of America ("Defendant"), through its attorneys, Laura E. Duffy, United States Attorney, and Ernest Cordero, Jr., Assistant U.S. Attorney, files this Answer to Plaintiff's First Amended Complaint (hereinafter, "Complaint").

   1. Answering Paragraph 1 of the Complaint, Defendant alleges that said paragraph contains legal conclusions concerning venue solely within the purview of the Court, to which no answer is required. To the extent an answer is required, Defendant denies each allegation in said paragraph.

1  2. Answering Paragraph 2 of the Complaint, Defendant admits that Plaintiff submitted a timely administrative claim that was rejected on April 18, 2012. Defendant is without sufficient information to admit or deny the remaining allegations concerning the administrative claim and on that basis denies the allegations. The remaining allegations contained in Paragraph 2 constitute legal conclusions within the purview of the Court, to which no answer is required. To the extent an answer is required, Defendant denies each allegation in said paragraph.

3. Answering Paragraph 3 of the Complaint, Defendant admits that Plaintiff is an individual who resided in Louisiana during some events giving rise to the lawsuit and was transported by the Navy to San Diego and detained for approximately one month. Defendant has insufficient information to admit or deny the allegations concerning Plaintiff's current residence and on that basis denies them. The remaining allegations contained in said paragraph concern legal conclusions solely within the purview of the Court, to which no answer is required. To the extent an answer is required, Defendant denies each of those allegations.

4. Answering Paragraph 4 of the Complaint, Defendant admits that the Department of the Navy and Marin Corps are federal entities operating within San Diego County, California. Defendant is without sufficient information to form a belief as to the truth of the allegations concerning the Does and on that basis denies them.

5. Answering Paragraph 5 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them.

6. Answering Paragraph 6 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them..

7. Answering Paragraph 7 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them..

8. Answering Paragraph 8 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them.

9. Answering Paragraph 9 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them.

10. Answering Paragraph 10 of the Complaint, Defendant alleges that it has insufficient information to admit or deny said allegations and on that basis denies them.

11. Answering Paragraph 11 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

12. Answering Paragraph 12 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

13. Answering Paragraph 13 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

14. Answering Paragraph 14 of the Complaint, Defendant admits that in January 2011, Plaintiff was picked up by the Marine Corps Chasers so that he could be transported to Marine Corps Base Camp Pendleton. Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

15. Answering Paragraph 15 of the Complaint, Defendant admits that on or about January 26, 2011, Plaintiff was transported by USMC Chasers by commercial airline from New Orleans to San Diego and then detained in the barracks at Camp Pendleton. Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

16. Answering Paragraph 16 of the Complaint, Defendant asserts that it is without sufficient information to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

17. Answering Paragraph 17 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

18. Answering Paragraph 18 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

19. Answering Paragraph 19 of the Complaint, alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

20. Answering Paragraph 20 of the Complaint, Defendant asserts that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

21. Answering Paragraph 21 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

22. Answering Paragraph 22 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

23. Answering Paragraph 23 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

24. Answering Paragraph 24 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

25. Answering Paragraph 25 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

26. Answering Paragraph 26 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

27. Answering Paragraph 27 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each of those allegations.

Defendant realleges its answers to Paragraphs 1-27 of the Complaint, and by this reference incorporates them herein as though set forth in full.

28. Answering Paragraph 28 of the Complaint, Defendant denies the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, Defendant denies the allegations contained therein.

30. Answering Paragraph 30 of the Complaint, Defendant denies the allegations contained therein.

1  31. Answering Paragraph 31 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-31 of the Complaint, and by this reference incorporates them herein as though set forth in full.

32. Answering Paragraph 32 of the Complaint, Defendant asserts that said allegations constitute legal conclusions solely within the purview of the Court, and on that basis are denied.

33. Answering Paragraph 33 of the Complaint, Defendant denies the allegations contained therein.

34. Answering Paragraph 34 of the Complaint, Defendant demies the allegations contained therein.

35. Answering Paragraph 35 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-35 of the Complaint, and by this reference incorporates them herein as though set forth in full.

36. Answering Paragraph 36 of the Complaint, Defendant denies the allegations contained therein.

37. Answering Paragraph 37 of the Complaint, Defendant admits the allegations contained therein.

38. Answering Paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. Answering Paragraph 39 of the Complaint, Defendant denies the allegations contained therein.

40. Answering Paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. Answering Paragraph 41 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-41 of the Complaint, and by this reference incorporates them herein as though set forth in full.

42. Answering Paragraph 42 of the Complaint, Defendant denies the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, Defendant denies the allegations contained therein.

44. Answering Paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-44 of the Complaint, and by this reference incorporates them herein as though set forth in full.

45. Answering Paragraph 45 of the Complaint, Defendant denies the allegations contained therein.

46. Answering Paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-47 of the Complaint, and by this reference incorporates them herein as though set forth in full.

48. Answering Paragraph 48 of the Complaint, Defendant denies the allegations contained therein.

49. Answering Paragraph 49 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-49 of the Complaint, and by this reference incorporates them herein as though set forth in full.

50. Answering Paragraph 50 of the Complaint, Defendant denies the allegations contained therein.

51. Answering Paragraph 51 of the Complaint, Defendant admits the allegations contained therein.

52. Answering Paragraph 52 of the Complaint, Defendant denies the allegations contained therein.

53. Answering Paragraph 53 of the Complaint, Defendant denies the allegations contained therein.

Defendant realleges its answers to Paragraphs 1-53 of the Complaint, and by this reference incorporates them herein as though set forth in full

54. Answering Paragraph 54 of the Complaint, Defendant denies the allegations contained therein.

55. Answering Paragraph 55 of the Complaint, Defendant denies the allegations contained therein.

56. Answering Paragraph 56 of the Complaint, Defendant denies the allegations contained therein.

57. Answering Paragraph 57 of the Complaint, Defendant denies the allegations contained therein.

58. Answering Paragraph 58 of the Complaint, Defendant denies the allegations contained therein.

**ADDITIONAL AND/OR AFFIRMATIVE DEFENSES**

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendant alleges as follows:

1. The Court lacks jurisdiction over the subject matter of this action to the extent Plaintiff has failed to exhaust his administrative remedies.

2. Plaintiff cannot recover for any injuries caused by and through his own carelessness and negligence.

3. Plaintiff is proportionately barred from recovery by his own contributory negligence, if any.

4. The liability of Defendants, if any, and responsible parties, named or unnamed, if any, should be apportioned according to their respective degrees of fault, and any liability should be reduced accordingly.

5. Defendant asserts, as an affirmative defense, California Civil Code, § 1431.2(a), which provides:

In any action for personal injury, property damage, or wrongful death, based upon principles of comparative fault, the liability of each defendant for non-economic damages shall be several only and shall not be joint. Each defendant shall be liable only for the amount of non-economic damages allocated to that defendant in direct proportion to that defendant's percentage of fault, and a separate judgment shall be rendered against that defendant for that amount.

6. To the extent Plaintiff failed to exercise reasonable care in mitigating his damages, his claims must be barred or diminished.

7. Plaintiff's recovery, if any, is limited to the amount of the claim Plaintiff presented administratively. See 28 U.S.C. § 2675(b).

8. Income taxes must be deducted from Plaintiff's alleged past and future lost earnings, if any.

9. In the event Defendant United States is found liable, which Defendant expressly denies, Defendant is entitled to an offset against damages, if any, for all amounts received by Plaintiff from the United States of America and its agencies, by reason of Plaintiff's alleged injuries.

10. Defendants are entitled to qualified immunity from suit because they violated no clearly established constitutional or statutory right of Plaintiff.

11. Defendants used only reasonable force and the force they used was reasonably necessary under the circumstances with which they were confronted.

12. Defendant is immune from liability and the Court lacks jurisdiction over the subject matter of this suit by reason of an express statutory exception to liability under the Federal Tort Claims Act, 28 U.S.C. § 2680(a) [discretionary function].

13. Plaintiff's claims are barred by the Feres doctrine because they arise out of alleged injuries sustained incident to military service. Feres v. United States, 340 U.S. 135 (1950).

**WHEREFORE**, Defendant prays that Plaintiff take nothing by reason of this suit, that judgment be rendered in favor of Defendant, for costs of suit incurred, and for such other and further relief as the Court may deem proper.

DATED:  May 13, 2013

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

 s/ Ernest Cordero, Jr.
ERNEST CORDERO, JR.
Assistant U.S. Attorney

Attorneys for Defendant
United States of America