UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GOURGUE, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, as a sovereign federal governmental entity and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 12CV1490-LAB (JMA)<br><br>**NOTICE AND ORDER FOR TELEPHONIC CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation Conference was held on July 1, 2013 at 10 a.m. The parties have agreed to informally exchange documents relevant to Defendant's anticipated early Motion for Summary Judgment on the applicability of <u>Feres v. United States</u>, 340 U.S. 135 (1950). The Court, therefore, defers setting deadlines for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

A telephonic Case Management Conference will be held on **September 12, 2013** at **9:30 a.m.** Counsel for each party shall participate

/ /

/ /

in the conference, and shall use the following call-in information:  Dial-In Number 215-446-0155, Access Code 2602013, Security Code 09120930.

**IT IS SO ORDERED**.

DATED:  July 1, 2013

_____
Jan M. Adler
U.S. Magistrate Judge