UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GOURGUE, an individual, ) | Case No. 12CV1490-LAB (JMA) |
| Plaintiff, ) | **ORDER RESETTING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |
| v. ) | |
| UNITED STATES OF AMERICA, as a sovereign federal governmental entity and DOES 1-100, inclusive, ) ) ) | |
| Defendants. ) | |

At the request of counsel, the deadline for the parties to file a joint motion for dismissal is continued to **February 21, 2014**. If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor. <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

DATED: January 22, 2014

Jan M. Adler
U.S. Magistrate Judge