LAURA E. DUFFY
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GOURGUE, an individual,<br><br>             Plaintiff,<br>   v.<br>UNITED STATES OF AMERICA, sovereign federal governmental entity, DOES 1-100, inclusive,<br><br>             Defendants. | Case No.: 12cv1490-LAB (JMA)<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

   Plaintiff Alan Gourgue, by and through his counsel, and Defendant United States of America, by and through its attorneys, jointly move the Court to dismiss this case with prejudice. The parties have reached a settlement. Under the terms of their settlement agreement, the parties have agreed that the above-captioned action be dismissed in its entirety with prejudice. The parties further agree that all parties will bear their own attorneys' fees and costs of suit.

Based upon the foregoing, the parties respectfully request the Court to order that this case be dismissed with prejudice and that all parties bear their own attorneys' fees and costs of suit.

DATED: February 20, 2014         Respectfully submitted,

                                 LAURA E. DUFFY
                                 United States Attorney


                                 *s/ Ernest Cordero, Jr.*
                                 ERNEST CORDERO, JR.
                                 Assistant U.S. Attorney

                                 Attorneys for Defendant
                                 United States of America

                                 LAW OFFICES OF WILLIAM C. HALSEY


                                 *s/William C. Halsey*
                                 WILLIAM C. HALSEY
                                 Attorneys for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel and that I have obtained authorization from counsel for Plaintiff, William C. Halsey, to affix his electronic signature to this document.

DATED: February 20, 2014         Respectfully submitted,

                                 LAURA E. DUFFY
                                 United States Attorney
                                 s/ Ernest Cordero, Jr.
                                 ERNEST CORDERO, JR.
                                 Assistant U.S. Attorney

                                 Attorneys for Defendant
                                 United States of America